# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANNETTE BLANCHARD,<br><br>                   Plaintiff,<br><br>    v.<br><br>NORTH CASCADE TRUSTEE<br>SERVICES INC, et al.,<br><br>                  Defendants. | CASE NO. C17-1088 MJP<br><br>ORDER TO SHOW CAUSE |

By order of this Court, the parties were granted an extension of time until November 20, 2017 to file their Joint Status Report, with all other FRCP 26-related dates adjusted accordingly. Dkt. No. 18. On November 20, the Court received a filing by Plaintiff indicating that she had received no response from Defendant to her request to confer. Dkt. No. 21.

Defendants are ordered to show cause why they should not be held in contempt for failure to obey this Court's order. Any responsive pleading from Defendants shall be filed with the Court no later than **December 4, 2017**.

ORDER TO SHOW CAUSE - 1

1     The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2     Dated: November 27, 2017.

                                                  Marsha J. Pechman
                                                United States District Judge