UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE BLANCHARD,<br><br>                Plaintiff,<br><br>    v.<br><br>NORTH CASCADE TRUSTEE SERVICES INC, et al.,<br><br>                Defendants. | CASE NO. C17-1088 MJP<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SERVE |

Plaintiff's original complaint in the above-entitled matter was dismissed with leave to amend. (Dkt. No. 7.) On August 17, 2017, Plaintiff filed an amended complaint. (Dkt. No. 12.) In response to an Order to Show Cause issued by this Court on November 27, 2017, representatives of the named defendants have filed declarations indicating that service on the Defendants has yet to be effected. (*See* Dkt. No. 24, Response to Order to Show Cause, p. 2; Decl. of Coughlin ¶ 3.) A review of the docket in this matter reveals that no service of summons has been filed regarding any adverse party.

ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SERVE - 1

1    FRCP 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is
2    filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action
3    without prejudice against that defendant or order that service be made within a specified time."
4    Plaintiff is advised that she has 14 days from the date of this order to show cause why this
5    matter should not be dismissed for failure to serve the Defendants within the statutory period.
6    Plaintiff must demonstrate good cause for her failure to serve copies of a summons and
7    complaint on all the Defendants named in her action within the 90 days required by the Federal
8    Rules of Civil Procedure.

The clerk is ordered to provide copies of this order to all counsel.

Dated: December 7, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge