# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANNETTE BLANCHARD, | CASE NO. C17-1088 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NORTH CASCADE TRUSTEE SERVICES INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On December 7, 2017, the Court issued an Order to Show Cause requiring Plaintiff to serve the named defendants in this matter or risk dismissal of her lawsuit. Dkt. No. 26. On December 21, 2017, Plaintiff filed a Reply to Order of 12/07/17 to Show Cause (Dkt. No. 27), in which she stated:

Due to a miscommunication with a referred filing and processing service, the service on all defendants, viz., North Cascade Trustee Services, Inc., et al, during the court's statutory period was not properly effected, however said service has now been effected and completed, with service verification, documentation, and confirmation confirmed through Federal Express tracking number 810709965126.

Plaintiff's representation that service has been effected is insufficient. The Federal Rules of Civil Procedure state that "[u]nless service is waived, proof of service must be made to the court… by the server's affidavit." FRCP 4(l)(1).

Plaintiff is now advised that she has 14 days from the date of this order to file proof of service in conformity with FRCP 4(l)(1). Failure to do so will result in dismissal as mandated by FRCP 4(m).

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Filed: January 5, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk
