# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANNETTE BLANCHARD, | CASE NO. C17-1088 MJP |
| Plaintiff, | ORDER |
| v. | |
| NORTH CASCADE TRUSTEE SERVICES INC, et al., | |
| Defendants. | |

On December 7, 2017, the Court issued an Order to Show Cause requiring Plaintiff to serve the named defendants in this matter or risk dismissal of her lawsuit. Dkt. No. 26. On December 21, 2017, Plaintiff filed a Reply to Order of 12/07/17 to Show Cause (Dkt. No. 27), in which she stated:

> Due to a miscommunication with a referred filing and processing service, the service on all defendants, viz., North Cascade Trustee Services, Inc., et al, during the court's statutory period was not properly effected, however said service has now been effected and completed, with service verification, documentation, and confirmation confirmed through Federal Express tracking number 810709965126.

ORDER - 1

Plaintiff's representation that service has been effected was insufficient. The Federal Rules of Civil Procedure state that "[u]nless service is waived, proof of service must be made to the court… by the server's affidavit." FRCP 4(l)(1). Plaintiff was ordered, by January 19, 2018, to file proof of service in conformity with FRCP 4(l)(1). She was advised that failure to do so would result in dismissal as mandated by FRCP 4(m). Dkt. No. 28.

Plaintiff responded by filing four unsigned Waiver of the Service of Summons forms, "in good faith compliance with the recent minute order of the Court." Dkt. No. 29.

Plaintiff is advised that she must file <u>signed</u> waivers of service (or proof of service) with the Court by no later than **February 6, 2018** or the Court will dismiss her matter for failure to prosecute.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated: January 23, 2018.

_____
Marsha J. Pechman
United States District Judge